UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---

C.A. No. 21-56081

---

GREGORY BURKE
*Plaintiff - Appellant*

v.

NEWPORT-MESA UNIFIED SCHOOL DISTRICT, SEAN BOULTON,
JENNIFER HAYS AND LAURA BOSS
*Defendants - Respondents*

---

## APPELLANT'S DISMISSAL OF THE APPEAL

---

Appeal from the United States District Court
For the Central District of California
D.C. No. 8:20-cv-00635-JVS-JDE
(Honorable James V. Selna)

---

Gregory Burke
1024 Bayside Drive Ste. 448
Newport Beach, CA 92660
(949) 329-5222
gregburke.email@gmail.com

**TO THE HONORABLE COURT FOR THE NINTH CIRCUIT COURT OF APPEALS:**

Appellant dismisses his appeal filed in this Court.

Dated: March 22, 2023

By:_____
Gregory Burke, Appellant

# CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2023, I electronically filed the APPELLANT'S DISMISSAL with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: March 22, 2023

By:_____,
    Christina Burke